WILBRAHAM LAWLER & BUBA
By:  Mary S. Cook, Esquire (MC-4974)
     Robert B. Lawler, Esquire (RL-8859)
24 Kings Highway West
Haddonfield, NJ  08033
(856) 795-4422
Attorneys for Defendant, U.S. Gypsum Company, improperly
named as Duracal Cement and Industrial Gypsum Division of
United States Gypsum Company, A Subsidiary of USG Corporation



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Daren M. Amico and Doreen Amico, his wife, <br><br> Plaintiffs, <br> v. <br><br> Duracal Cement and Industrial Gypsum Division of United States Gypsum Company, A Subsidiary of USG Corporation, ABC Manufacturing I-V, XYZ Distributors I-V, <br> Defendants. | CIVIL ACTION No. 04-CV-4924 WGB(MCA) <br><br> **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT UNITED STATES GYPSUM COMPANY** |

Pursuant to Fed. R. Civ. P. 7.1 defendant United States Gypsum Company states that USG Corporation, a Delaware Corporation is the parent and holding company of United States Gypsum Company.  Berkshire Hathaway Inc., a Delaware corporation owns 15% of the outstanding stock of USG Corporation.

                              WILBRAHAM, LAWLER & BUBA
                              Attorneys for Defendant
                              United States Gypsum Company

                              By: _____
                                   Mary S. Cook, Esquire

WILBRAHAM LAWLER & BUBA
By: Mary S. Cook, Esquire (MC 4974)
    Robert B. Lawler, Esquire (RL 8859)
24 Kings Highway West
Haddonfield, NJ 08033
(856) 795-4422
Attorneys for Defendant, U.S. Gypsum Company, improperly
named as Duracal Cement and Industrial Gypsum Division of
United States Gypsum Company, A Subsidiary of USG Corporation



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Daren M. Amico and Doreen Amico, his wife, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION No. 04-CV-4924 WGB(MCA) |
| Duracal Cement and Industrial Gypsum Division of United States Gypsum Company, A Subsidiary of USG Corporation, ABC Manufacturing I-V, XYZ Distributors I-V, | : **CERTIFICATE OF SERVICE** |
| Defendants. | : |

I, Rebecca K. Watson, hereby certify that on 11/10, 2004, I caused to be filed, the original and one copy of the Answer of defendant United States Gypsum Company with Affirmative Defenses, Cross-Claims and Jury Demand and Corporate Disclosure statement with the Office of the Clerk-- U.S.D.C. for the District of New Jersey-Newark Division.

Copies of the aforementioned documents were served on 11/10, 2004 via certified mail to plaintiff's counsel at:

Jay Joseph Friedrich, Esquire
Jay Joseph Friedrich, LLC
203 Godwin Avenue
Ridgewood, NJ 07450

By: _____
Rebecca K. Watson